STEPHANO FERRARO, Respondent, v. HENRY WEISMAN, Appellant, and JOHN H. CORRIGAN, Defendant.— Order denying motion of defendant Weisman for judg-

ment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.